WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED'08 DEC 03 11:21 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHAWN'A EARLY,**                                              CV # 07-1120-AA

   Plaintiff,

vs.                                                              ORDER

**COMMISSIONER of Social Security,**

   Defendant.

___

IT IS ORDERED that the plaintiff is granted Judgment against Defendant for attorney's fees in the amount of $4,900.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Payment should be made to Plaintiff's attorney, Tim Wilborn, and mailed to: P.O. Box 2768, Oregon City, OR 97045.

DATED this  3  day of December, 2008.

_____
United States District Judge

Submitted on November 24, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1