WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED 09 NOV 05 15:42 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHAWN'A EARLY**,                                              CV # 07-1120-AA

    Plaintiff,

vs.                                                             ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $7,003.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $4,900.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $2,103.75, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this _5_ day of _November_, 2009.

_/s/ Ann Aiken_
United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1